

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

### NOS. WR-39,597-12 & -13

### EX PARTE MANUEL LUPE RIOS, JR., Applicant

### ON APPLICATIONS FOR A WRIT OF HABEAS CORPUS
### CAUSE NOS. W90-54751-U(C) & W90-54752-U(C) IN THE 291ST DISTRICT COURT FROM DALLAS COUNTY

*Per curiam*.

### O R D E R

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court these applications for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of two counts of aggravated robbery and sentenced to fifty years' imprisonment on each count. The Fifth Court of Appeals affirmed his convictions. *Rios v. State*, Nos. 05-95-01073-CR & 05-95-01074-CR (Tex. App.—Dallas 1997, pets. ref'd).

Applicant contends, among other things, that he is actually innocent. *Ex parte Elizondo*, 947 S.W.2d 202 (Tex. Crim. App. 1996). Based on our own independent review of the record, we

conclude that Applicant has not established by clear and convincing evidence that he is actually innocent.  This claim is denied.  Applicant's remaining claims are dismissed.  TEX. CODE CRIM. PROC. art. 11.07, § 4.  Accordingly, these applications are denied in part and dismissed in part.

Filed: November 19, 2014
Do not publish